# M A N D A T E

**THE STATE OF TEXAS**

**TO THE PROBATE COURT NO 1 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 4, 2015, the cause upon appeal to revise or reverse your judgment between

Sandra Garza Davis f/k/a Sandra C. Saks and Landen Saks, Appellant

V.

Lauren Saks Merriman, Appellee

No. 04-13-00518-CV and Tr. Ct. No. 2011-PC-3466

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's memorandum opinion of this date, the judgment confirming the arbitration award is AFFIRMED; however, the appeal from the order in aid of enforcement of judgment is DISMISSED FOR LACK OF JURISDICTION. The motion to dismiss Lee Nick McFadin III from appellate cause number 04-13-00875-CV is DENIED AS MOOT. It is ORDERED that Appellees Lauren Saks Merriman and Marcus Rogers, Interim Trustee, recover their costs of appeal from Appellants Sandra C. Saks and Landen Saks.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on August 11, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-13-00518-CV

## Sandra Garza Davis f/k/a Sandra C. Saks and Landen Saks

**v.**

## Lauren Saks Merriman

(NO. 2011-PC-3466 IN PROBATE COURT NO 1 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| CERTIFIED COPY | $22.00 | PAID | W RANDOLPH DAVIS |
| MOTION FEE | $10.00 | E-PAID | PHILLIP ROSS |
| COPIES | $13.50 | PAID | MARCELO MONTEMAYOR |
| SUPPLEMENTAL CLERK'S RECORD | $13.00 | PAID | |
| MOTION FEE | $10.00 | E-PAID | J. BARRETT SHIPP |
| MOTION FEE | $10.00 | E-PAID | SUSAN  KIDWELL |
| MOTION FEE | $10.00 | E-PAID | JONATHAN YEDOR |
| MOTION FEE | $10.00 | E-PAID | JONATHAN YEDOR |
| MOTION FEE | $10.00 | E-PAID | J BARRETT SHIPP |
| MOTION FEE | $10.00 | E-PAID | J BARRETT SHIPP |
| MOTION FEE | $10.00 | NOT PAID | PHILIP MARTIN ROSS |
| REPORTER'S RECORD | $1,565.00 | PAID | SANDRA SAKS |
| MOTION FEE | $10.00 | E-PAID | GERARD K. O'CONNELL |
| MOTION FEE | $10.00 | PAID | SANDRA SAKS |
| MOTION FEE | $10.00 | PAID | SANDY SAKS |
| MOTION FEE | $10.00 | E-PAID | JEFFREY SMALL |
| SUPPLEMENTAL CLERK'S RECORD | $318.00 | UNKNOWN | DANIEL  CEDAR |
| MOTION FEE | $10.00 | PAID | SANDY SAKS |
| COPIES | $1.20 | PAID | UNKNOWN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | W. RANDOLPH DAVIS |
| INDIGENT | $25.00 | PAID | SANDRA SAKS |
| INDIGENT | $25.00 | PAID | W. RANDOLPH DAVIS |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | SANDRA SAKS |
| FILING | $100.00 | PAID | W. RANDOLPH DAVIS |
| FILING | $100.00 | PAID | SANDRA SAKS |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  $10.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this August 11, 2015.



**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853